**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:22-cv-80735-AMC

RAIDEL MORENO ARMAS,
*individually and on behalf of all others*
*similarly situated*,

      Plaintiff,

vs.

FREEDOM MORTGAGE
CORPORATION,

      Defendant.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff Raidel Moreno Armas pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed without prejudice.  All claims of the putative class are hereby dismissed without prejudice.

Respectfully submitted,

Dated: June 14, 2022

                */s/ Michael Eisenband*
                Michael Eisenband, Esq.
                Florida Bar No. 94235
                515 E Las Olas Blvd, Suite 120
                Fort Lauderdale, FL 33301
                MEisenband@Eisenbandlaw.com

                ***Attorney for Plaintiff***