UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80735-CIV-CANNON

**RAIDEL MORENO ARMAS**,

    Plaintiff,

v.

**FREEDOM MORTGAGE CORPORATION**,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice [ECF No. 13], filed on June 30, 2022. Pursuant to Rule 41(a)(1)(A)(i), the Notice of Voluntary Dismissal, filed by Plaintiff prior to Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **CLOSED**, effective June 30, 2022, the date on which Plaintiff filed its Notice of Voluntary Dismissal without Prejudice [ECF No. 13].

The Clerk of Court shall **CLOSE** this case. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 5th day of July 2022.

                                                               AILEEN M. CANNON
                                                           UNITED STATES DISTRICT JUDGE

cc:    counsel of record